

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE PROPERTY AND<br>CASUALTY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| | : | No. 15-2525 |
| v. | : | |
| | : | |
| TITEFLEX CORP | : | |

### ORDER

AND NOW, this 15th day of May, 2015, it is ORDERED Defendant shall respond to Plaintiff's Amended Complaint and assert any third-party complaints no later than fourteen days from the date of this Order.

It is further ORDERED a Rule 16 conference and oral argument will be held in the above-captioned matter on June 25, 2015, at 9:00 a.m. in Courtroom 11A. Counsel are required to complete Rule 26(a) disclosures, to confer pursuant to Rule 26(f), and to complete and submit to the Court the Joint Rule 16 Conference Information Report included in Judge Sánchez's procedures at least 24 hours prior to the Rule 16 conference.[1]

ENTERED
MAY 18 2015
CLERK OF COURT

BY THE COURT:

Juan R. Sánchez, J.

---

[1] See Judge Sánchez's procedures, available at www.paed.uscourts.gov.