IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | : : : | CIVIL ACTION |
| | : | No. 15-2525 |
| v. | : : | |
| TITEFLEX CORP | : | |

## ORDER

AND NOW, this 13th day of July, 2015, it is ORDERED the above-captioned case is referred to Magistrate Judge Marilyn Heffley for a settlement conference. Counsel are directed to appear at the settlement conference with parties with full and complete settlement authority.

BY THE COURT:

Juan R. Sanchez, J.